MIGUEL A. VALENCIA v. CONRAIL.

October 15, 1986.

Petition for certification denied.

PROSPECT ASSOCIATES v. CATHERINE BENNETT.

October 15, 1986.

Petition for certification denied.

RIORANO, INC. v. WEYMOUTH TOWNSHIP.

October 15, 1986.

Petition for certification denied.

JAMES DEMAREE v. KEYPORT BOARD OF EDUCATION.

October 15, 1986.

Petition for certification denied.